IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A.R., | : |
|     Plaintiff, | : Case No. 2:21-cv-4935 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Elizabeth P. Deavers |
| WYNDHAM HOTELS & RESORTS, INC., *et al.*, | : |
|     Defendants. | : |

**OPINION & ORDER**

This matter is before this Court on the Magistrate Judge's Report and Recommendation ("R&R") (ECF No. 57), recommending that this Court deny Plaintiff's Motion to Appoint Magistrate Judge Deavers and Magistrate Judge Vascura to the Related Human Trafficking Cases Against Hotels (ECF No. 38). Specifically, The Magistrate Judge's R&R recommends that this Court deny with prejudice the Motion to Appoint as it relates to all related cases filed before 2022, and that this Court deny without prejudice the Motion to Appoint as it relates to all related cases filed in or after 2022. (ECF No. 57 at 1). For the following reason, the Plaintiff's Motion to Appoint is **DENIED** in the manner articulated by the Magistrate Judge and the R&R is **ADOPTED**.

The R&R was filed on September 8, 2022 and advised the parties that they had fourteen days thereafter to raise any objections. The R&R also notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the R&R *de novo*.

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's R&R (ECF No. 57) as this Court's findings of facts and law. Plaintiff's

1

Motion to Appoint (ECF No. 38) is **DENIED WITH PREJUDICE** as it pertains to related cases filed before 2022 and **DENIED WITHOUT PREJUDICE** as it pertains to related cases filed in or after 2022.

    **IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:  January 30, 2023**